| | | | |
|---|---|---|---|
| | AUSA: | Ann Nee | Telephone: (810) 766-5177 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Amanda Thomas | Telephone: (989) 892-6525 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Jonathan Edward Rice | Case: 1:23−mj−30003<br>Assigned To : Morris, Patricia T.<br>Assign. Date : 1/5/2023<br>Description: IN RE SEALED MATTER (kcm) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 12, 2022 to October 6, 2022__ in the county of _____Otsego_____ in the ____Eastern____ District of ____Michigan____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) & (b)(2)<br>18 U.S.C. §§ 2252A(a)(2)(A) | Possession of child pornography involving a prepubescent minor or a minor who had not attained 12 years of age and, receipt and distribution of child pornography |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Amanda Thomas, SA, FBI
_____
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __January 5, 2023__

_____
Judge's signature

City and state: __Flint, Michigan__      Curtis Ivy, Jr. U.S. Magistrate Judge
_____
Printed name and title

# **AFFIDAVIT**

I, Amanda Thomas, being duly sworn, do hereby state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been employed since August 1, 2021. I am presently assigned to the FBI's Detroit Field Office, Bay City Resident Agency. I work on a variety of criminal and national security matters including the investigation of violent crimes and crimes against children. I have received training in the area of child pornography and child exploitation and have observed and reviewed examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have been involved with investigations regarding child pornography and the exploitation of children through the internet. I have received training on the execution of search warrants to seize items of evidence from residences, communication providers, and electronic devices, such as cell phones and computers.

2. This affidavit is being submitted for the purpose of obtaining a criminal complaint and arrest warrant for Jonathan Edward Rice in violation of 18 U.S.C. § 2252A(a)(5)(B) & (b)(2), possession of child pornography involving a prepubescent minor or a minor who had not attained 12 years of age, and 18 U.S.C. §§ 2252A(a)(2)(A), receipt and distribution of child pornography.

3.   The information set forth in this affidavit was obtained during the course of my employment with the FBI, through personal observation, statements of witness, information supplied by other local and federal law enforcement officers and through other investigative activity. The information in this affidavit is included for the limited purpose of showing probable cause and this affidavit does not contain all the information related to this investigation.

### *Probable Cause*

4.   On September 12, 2022, an individual with the Kik username "skorekeeper" and display name of "John Greer" answered an online bulletin posted by an FBI Online Covert Employee (OCE) that was directed at individuals with a sexual interest in children. Based on the investigation, there is probable cause to believe that "skorekeeper" is an individual named Jonathan E. Rice.

5.   During the conversation on the Kik social media platform, Rice explained to the OCE that he was into "anything with a lil girl. Her sucking, getting fucked having her stroke it". During the course of the chat Rice asked about the OCE's purported daughter and asked, "Do you have sex with her". Rice also asked the OCE, "Care to share any of her? I like any age tbh no age is too young." In my training and experience, "tbh" stands for "to be honest."

6.	Rice offered to send the OCE some files, and told the OCE "I got infant hold up." Rice then posted in the chat a video with audio that depicted a prepubescent female which appears to be an infant, being forced to perform oral sex on an adult male penis. The infant female begins to cry at one point and the adult male continues to force the infant to perform oral sex on the adult male penis. A female voice is heard in the background. After posting the video to the chat with the OCE, Rice stated, "There's one of my best. Here's another good one." The OCE later asked Rice whether he was "active," which, based on the OCE's training and experience, means "sexually active" amongst individuals who have a sexual interest in children.

7.	Rice then posted a video with audio depicting a prepubescent female standing next to a nude male and being forced to perform oral sex on an adult male's penis. Rice then responded to the OCE's question of whether Rice was active by stating "I haven't in awhile. Since I moved away from family." Rice also told the OCE, "I'd love to see what you've done with your girl," and further stated, "I wanna see her suck your cock. And stroke it."

8.	Rice further told the OCE that it had been over a year since he had been "active," and that "I need to fuck a lil slut. I'm in northern Michigan. Wish I could have a few fucks in yours." Rice offered to travel to visit the OCE and the OCE's daughter, or to have them travel to visit Rice, and Rice then inquired, "Is

the mom around, something we have to worry about?" Rice also stated that Rice had previously engaged in sexual activity with an 11-year-old female, including anal, oral, and vaginal sex, stating, "I owned her for three months."

9.   On September 12, 2022, an administrative subpoena was submitted to Kik c/o Medialab requesting subscriber information associated with username "skorekeeper". Kik's response provided the first name "John", last name "Greer," and an unconfirmed email address of skorekeeper21@outlook.com and Internet Protocol (IP) address 172.222.77.67 from September 12, 2022, which is the day the chat between the OCE and Rice occurred.

10.   On September 15, 2022, an administrative subpoena request was submitted to Charter Communications, requesting subscriber and physical service address information associated with IP address 172.222.77.67. Charter's response identified the subscriber as Jonathan E. Rice, with service and billing address at a residence in Vanderbilt, Michigan, email addresses SKOREKEEPER@SPECTRUM.NET and SKOREKEEPER30@GMAIL.COM, and telephone number XXX-XXX-6522.

11.   Surveillance was conducted at the residence on September 29, 2022, and a 2006 Jeep registered to Rice was observed at the residence.

12.   A search warrant was executed at the residence on October 3, 2022. Approximately 19 images and 1 video depicting child pornography were located

on a black Samsung cellular telephone seized at the residence. The images depict minors, including prepubescent minors or minors under the age of 12, engaging in sexually explicit conduct. On the same Samsung cellular telephone, I located images and videos of Rice as well. There were also multiple accounts and services that had been used on the phone that included the word "skorekeeper" and/or Rice's first and/or last name in the account name, user name, or email address. The phone number associated with the phone was the same as that associated with the internet service return from Charter Communications. The Samsung cellular telephone was located on a bed in the bedroom of the residence where Rice was residing with his girlfriend.

13.     On October 6, 2022, a search warrant was submitted to Kik c/o Medialab requesting information associated with username "skorekeeper". The provided logs and content from Kik c/o Medialab indicate that the username "skorekeeper" sent two videos that constitute child pornography as defined by 18 U.S.C. § 2256, i.e., visual depictions of minors engaging in sexually explicit conduct.  The log indicates that the videos were sent to a Kik user on September 12, 2022, which is the day the chat between the OCE and Rice occurred. The videos that were sent by Rice to the OCE using the username "skorekeeper" were the same videos that were included in the content provided by Kik c/o Medialab. I have reviewed the videos and determined the videos constitute child pornography

as defined by 18 U.S.C. § 2256, i.e., visual depictions of minors engaging in sexually explicit conduct.

## *Conclusion*

14. Based upon the above information, I respectfully submit that there is probable cause to believe that Jonathan Rice knowingly possessed and distributed child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B) & (b)(2) and 18 U.S.C. §§ 2252A(a)(2)(A).

*Amanda Thomas*
Amanda Thomas
Special Agent, FBI

Sworn to and subscribed before me and/or by reliable electronic means on January 5, 2023.

Curtis Ivy, Jr.
United States Magistrate Judge